UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEMBURY FREDERICK,

Plaintiff,

-against-

WARDEN ROTHWELL OF OTIS BANTUM CORRECTIONAL CENTER; NYC DEPARTMENT OF RIKERS ISLAND,

Defendants.

26-CV-6786 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated August 12, 2026, and entered on the following day, the Court directed Plaintiff to file an amended pleading within 30 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 1, 2026
New York, New York

Louis L. Stanton
Louis L. Stanton
U.S.D.J.