**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BEMBURY FREDERICK,

Plaintiff,

-against-

26 **CIVIL** 6786 (LLS)

# JUDGMENT

WARDEN ROTHWELL OF OTIS BANTUM CORRECTIONAL CENTER; NYC DEPARTMENT OF RIKERS ISLAND,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 1, 2026, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

**Dated:** New York, New York

October 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**